IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENAUD WEST,

           Plaintiff,

    v.

ALLIANT ENERGY CORPORATE
SERVICES, INC.,

           Defendant.

ORDER

13-cv-162-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It is necessary to reschedule the trial in this case because of a conflict in the trial calendar. The clerk is directed to set a status conference before Magistrate Judge Stephen Crocker to set a new trial date as well as new deadlines for Rule 26(a)(3) disclosures.

Entered this 20th day of June, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1